IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristin Lawson, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>Full Tilt Poker Ltd., Tiltware LLC, Vantage, Ltd., Filco Ltd., Kolyma Corp. A.V.V., Pocket Kings, Ltd., Ranston Ltd., Mail Media Ltd., Raymond Bitar, Nelson Burtnick, Howard Lederer, Phillip Ivey Jr., Christoper Ferguson, Johnson Juanda, Jennifer Harman-Traniello, Erick Lindgren, Erik Seidel, Andrew Bloch, Mike Matusow, Gus Hansen, Allen Cunningham, Patrik Antonius, and John Does 1-10<br><br>             Defendants. | Civil Action No.: 11-CV-6087 (LBS) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-11

## STIPULATION OF ACCEPTANCE OF SERVICE AND DESIGNATING TIME TO RESPOND TO COMPLAINT

WHEREAS, the above-captioned action was filed on August 30, 2011;

WHEREAS, Defendants Erik Lindgren, Erick Seidel, Howard Lederer, Allen Cunningham, Andrew Bloch, Chris Ferguson, Full Tilt Poker Ltd., and Tiltware LLC have been served with process in the above-captioned action;

WHEREAS, Defendants Kolyma Corp. A.V.V., Pocket Kings, Ltd., Pocket Kings Consulting Ltd., Ranston Ltd., Mail Media Ltd. have yet to be served with process in the above-captioned action;

WHEREAS, Plaintiff's counsel has represented that Defendants Jennifer Harman-Traniello, Raymond Bitar, Mike Matusow, Gus Hansen, and Patrik Antonius are in the process of being served with process in the above-captioned action;

WHEREAS the above-captioned action was accepted by this Court as related to an already-pending action styled *Segal, et al. v. Bitar, et al.*, 11 Civ. 4521 (LBS) (the "Segal Action"), and the two cases purportedly arise from the same events and involve many of the same Defendants; and

WHEREAS several defendants in the Segal Action, including many of the Defendants identified above, have filed motions to dismiss, and those motions have been briefed and await decision by the Court;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that Defendants Kolyma Corp. A.V.V., Pocket Kings, Ltd., Pocket Kings Consulting Ltd., Ranston Ltd., Mail Media Ltd., Jennifer Harman-Traniello, Raymond Bitar, Mike Matusow, Gus Hansen, and Patrik Antonius will waive service of the summons and Complaint with respect to the above-captioned action;

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that, pursuant to and consistent with Federal Rule of Civil Procedure 4(d)(5), neither this Stipulation nor Defendants' acceptance of service and agreement to refrain from objecting thereto waives or otherwise abrogates any of Defendants' rights to raise any objection or defense based upon personal jurisdictional issues or improper venue, and that Defendants expressly reserve any and all rights to raise objections and defenses based upon jurisdiction or venue;

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that the time for Defendants Erik Lindgren, Erick Seidel, Howard Lederer, Allen Cunningham,

- 2 -

Andrew Bloch, Chris Ferguson, Full Tilt Poker Ltd., Tiltware LLC, Kolyma Corp. A.V.V.,

Pocket Kings, Ltd., Pocket Kings Consulting Ltd., Ranston Ltd., Mail Media Ltd., Jennifer

Harman-Traniello, Raymond Bitar, Mike Matusow, Gus Hansen, and Patrik Antonius to respond

to the Complaint in the above-captioned action is extended to 14 days from the publication date

of the Court's decision on each respective Defendant's pending Motion to Dismiss in *Segal, et*

*al. v. Bitar, et al.*

     IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties

that the Stipulation may be executed in any number of counterparts, and that executed copies of

this stipulation may be sent by PDF or facsimile shall be deemed as signed originals.

DATED: December 12, 2011

By: _____ *RSP*
    Lester Levy (LL9956)

Wolf Popper LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
llevy@wolfpopper.com

By: _____
    Mila F. Bartos
    Stan M. Doerrer

Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
mbartos@finkelsteinthompson.com
sdoerrer@finkelsteinthompson.com

Attorneys for Plaintiff,
*Kristin Lawson*

By: _____
    A. Jeff Ifrah (Bar No.: A11627)
    David B. Deitch (Bar No.: DD9900)

IFRAH PLLC
1717 Pennsylvania Avenue, Suite 650
Washington, D.C. 20006-2004
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com

Attorneys for Defendants,
*Erick Seidel, Howard Lederer,*
*Allen Cunningham, Andrew Bloch*
*Chris Ferguson, Jennifer Harman-Traniello,*
*Raymond Bitar, Mike Matusow,*
*Gus Hansen, Patrik Antonius,*
*Full Tilt Poker Ltd., Tiltware LLC,*
*Kolyma Corp. A.V.V., Pocket Kings, Ltd.,*
*Pocket Kings Consulting Ltd., Ranston Ltd.,*
*and Mail Media Ltd.*

- 3 -

SO ORDERED:

THE HONORABLE LEONARD B. SAND

12/13/11