USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristin Lawson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Full Tilt Poker Ltd., et al.<br><br>Defendants. | Case No. 11-CV-6087 (LBS) |

## STIPULATION OF ACCEPTANCE OF SERVICE AND DESIGNATING TIME TO RESPOND TO COMPLAINT

WHEREAS, the above-captioned action was filed on August 30, 2011;

WHEREAS, Plaintiff filed an Affidavit of Service of Defendant Phillip Ivey, Jr. on November 23, 2011, describing service made on November 17, 2011;

WHEREAS, the above-captioned action was accepted by this Court as related to an already-pending action styled *Segal, et al. v. Bitar, et al.*, 11 civ. 4521 (LBS) (the "Segal Action") and the two cases purportedly arise from the same events and involve many of the same Defendants; and

- WHEREAS Defendant Phillip Ivey, Jr., filed a motion to dismiss the Segal Action on September 15, 2011, and that motion has been briefed and awaits decision by the Court;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that Defendant Phillip Ivey Jr. will waive service of the summons and Complaint with respect to the above-captioned action;

1

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that, pursuant to and consistent with Federal Rule of Civil Procedure 4(d)(5), neither this Stipulation nor Defendant's acceptance of service and agreement to refrain from objecting thereto waives or otherwise abrogates any of Defendant's rights to raise any objection or defense based upon personal jurisdictional issues or improper venue, and that Defendant expressly reserves any and all rights to raise objections and defenses based upon jurisdiction or venue;

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that Defendant Phillip Ivey Jr. expressly reserves all rights to file a Rule 12(b) motion on any and all grounds except insufficient service of process and neither this Stipulation nor Defendant's acceptance of service abrogates Defendant's ability to file such motion.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that the time for Defendant Phillip Ivey Jr. to respond to the Complaint in the above-captioned action is extended to 14 days from the date of the Court's decision on his pending Motion to Dismiss in *Segal, et al. v. Bitar, et al.*

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that this Stipulation may be executed in any number of counterparts, and that executed copies of this stipulation sent by PDF or facsimile shall be deemed as signed originals.

Dated: January __, 2012

By: _____
Mila F. Bartos
Stan M. Doerrer
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
mbartos@finkelsteinthompson.com
sdoerrer@finkelsteinthompson.com

**WOLF POPPER LLP**
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
llevy@wolfpopper.com
rplosky@wolfpopper.com

*Attorneys for Plaintiff Kristin Lawson*

By: _____
Gerald Lefcourt, Esq.
GERALD B. LEFCOURT, P.C.
148 E. 78th Street
New York, NY 10021
Telephone: (212) 737-0400
Facsimile: (212) 988-6192
lefcourt@lefcourtlaw.com
ffriedman@lefcourtlaw.com

*Attorney for Defendant Phillip Ivey Jr.*

SO ORDERED: _____
THE HONORABLE LEONARD B. SAND
1/23/12

3