IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristin Lawson, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>          v.<br><br>Full Tilt Poker Ltd., et al.<br><br>    Defendants. | Case No. 11-CV-6087 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Lester L. Levy of Wolf Popper LLP hereby enters his appearance as counsel for Kristen Lawson in the above-captioned proceeding. Mr. Levy certifies he is admitted to practice in this Court.

Dated: February 13, 2012
         New York, New York

> Respectfully submitted,
>
>      /s/ Lester L. Levy
> Lester L. Levy (#9956)
> **WOLF POPPER LLP**
> 845 Third Avenue, 12th Floor
> New York, NY 10022
> Tel:    (212) 759-4600
> Fax:   (212) 486-2093
> *llevy@wolfpopper.com*
>
> *Counsel for Kristen Lawson*