# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kristin Lawson, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>Full Tilt Poker Ltd., et al.<br><br>　　　Defendants. | Case No. 11-cv-06087 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I caused to be served by ECF upon all parties and/or counsel of record in the above-captioned action, the following:

1. NOTICE OF PLAINTIFF KRISTEN LAWSON'S MOTION FOR LEAVE TO AMEND COMPLAINT;

2. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF KRISTEN LAWSON'S MOTION FOR LEAVE TO FILE COMPLAINT;

3. DECLARATION OF LESTER L. LEVY IN SUPPORT OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT (WITH SUPPORTING EXHIBITS).

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lester L. Levy  
　　　　　　　　　　　　　　　　　　　　　　　　LESTER L. LEVY