```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-12
```

kinetic la

Nicholas L. Dazer
503.953.1043 direct
503.341.6425 mobile
nick@kineticlaw.com



March 30, 2012

The Honorable Leonard B. Sand
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

**MEMO ENDORSED**

Re:   *Kristin Lawson v. Full Tilt Poker, et al.*
      **USDC for the Southern District of New York**
      **Civil Action No.: 11-CV-6087 (LBS)**

Dear Judge Sand:

This firm represents the interests of Rafael Furst, who was recently named as an additional party defendant in the above-entitled action. We are in the process of arranging to accept service on behalf of Mr. Furst in exchange for a 60-day extension in which to respond to the plaintiff's complaint (without waiving arguments regarding personal jurisdiction).

Plaintiff's counsel sent us your Order for Initial Pre-Trial Conference on April 16, 2012. Attorney Jeff Ifrah will be acting as local counsel for Mr. Furst in this action and I will be applying for *pro hac vice* admission. The purpose of this letter is to respectfully request the Court's permission to attend the April 16 conference by telephone. Mr. Ifrah will be there in person.

Thank you for your consideration.

Best regards,

kinetic

Nicholas L. Dazer

cc:   A. Jeff Ifrah
      Stan Doerrer