IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Kristin Lawson, individually and on behalf of
all others similarly situated,

    Plaintiff,

        v.

Full Tilt Poker Ltd., et al.

    Defendants.

Case No. 11-CV-6087

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-12

### STIPULATION OF ACCEPTANCE OF SERVICE AND DESIGNATING TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that Defendant Rafael Furst, through his counsel Nicholas L. Dazer, hereby accepts service of the summons and Amended Complaint in exchange for an extension of the deadline to answer or otherwise respond to the Amended Complaint until May 25, 2012.

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that, pursuant to and consistent with Federal Rule of Civil Procedure 4(d)(5), neither this Stipulation nor Defendant's acceptance of service waives or otherwise abrogates any of Defendant's rights to raise any objection or defense based upon personal jurisdictional issues and that Defendant expressly reserves any and all rights to raise objections and defenses based upon jurisdiction;

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned parties that this Stipulation may be executed in any number of counterparts, and that executed copies of this stipulation sent by PDF or facsimile shall be deemed as signed originals.

Dated: April 6, 2012

By: _____ 4-9-12
Stan M. Doerrer
Finkelstein Thompson LLP
1050 30th Street, NW
Washington, DC 20009
Telephone: (202) 337-8000
sdoerrer@finkelsteinthompson.com

*Attorneys for Plaintiff Kristin Lawson*

By: _____
Nicholas L. Dazer
Kinetic Law Group LLP
121 SW Morrison St., Suite 475
Portland, OR 97204
Telephone: (503) 953 1043
nick@kineticlaw.com

*Attorneys for Defendant Rafael Furst*

SO ORDERED:

_____
U.S.D.J.

4/10/12