UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SEGAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAYMOND BITAR, et al., <br><br> Defendants. | ORDER OF REFERRAL TO A MAGISTRATE JUDGE <br><br> 11 Civ. 4521 (LBS) (KNF) |
| KRISTIN LAWSON, <br><br> Plaintiff, <br><br> v. <br><br> FULL TILT POKER LTD., et al., <br><br> Defendants. | 11 Civ. 6087 (LBS) (KNF) |
| ZAYN JETHA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FILCO LTD., et al., <br><br> Defendants. | 11 Civ. 5519 (LBS) (KNF) |


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-12

SAND, J.

These cases are hereby referred to Chief Magistrate Judge Fox for the purpose of resolving the disbursement of funds to Plaintiffs, pursuant to two stipulations signed by this Court on July 31, 2012. See Stipulation and Order of Settlement Regarding Full Tilt Poker, United States v. Pokerstars, No. 11

1

Civ. 2564, Dkt. No. 240; Stipulation and Order of Settlement Regarding Pokerstars, United States v. Pokerstars, No. 11 Civ. 2564, Dkt. No. 241.

This Court notes, however, that the Department of Justice's Asset Forfeiture and Money Laundering Section has not yet established the remission fund that will be used to compensate Plaintiffs and those in Plaintiffs' position. That being the case, Judge Fox may adjourn this matter if he believes it is premature.

SO ORDERED.

August 21, 2012
New York, NY

_____
U.S.D.J.

2