**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET – SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

June 14, 2013



**BY HAND**

Magistrate Judge Kevin N. Fox
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Segal v. Bitar*, 11-CV-4521(KMW)

Dear Magistrate Judge Fox:

As a courtesy to the Court and as suggested in our letter to Your Honor dated December 17, 2012, we are writing to provide you a status update on the related matters in *Segal, et al v. Bitar, et al*, 11-CV-4521 (KMW); *Lawson v. Full Tilt Poker, Ltd. et al*, 11-CV-06087(KMW); and *Jetha, et al v. Full Tilt Poker Ltd., et al*, 11-CV-05519(KMW). On May 29, 2013, Garden City Group and the U.S. Department of Justice updated the www.fulltiltpokerclaims.com website. The update stated that Garden City Group, the U.S. Department of Justice and the U.S. Attorney's Office for the Southern District of New York received information concerning U.S. Players from Full Tilt Poker and were in the process of reviewing that information for the purposes for forming a fair methodology for distribution. Since our last correspondence, we have made further inquiries to the U.S. Department of Justice and Garden City Group regarding remission, but have not received any additional information at this time.

If it pleases the Court, we will provide an update as soon as the information concerning the process for remission becomes available.

Thank you for your consideration.

6/24/13

*The parties shall provide the Court a status report on this action on August 1, 2013.*

SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Sincerely,

Thomas H. Burt

THB:pd/721298
Enclosures

cc:   All counsel

