

November 12, 2013

**BY ECF**

Judge Kimba M. Wood
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>*Lawson v. Full Tilt Poker Ltd.*, 11-CV-6087 (KMW - KNF)</u>

Dear Judge Wood:

    We represent Kristin Lawson, the named plaintiff in the above-captioned action ("Plaintiff"). Earlier today, Your Honor granted Plaintiff's Motion to Partially Lift the Stay for the Purpose of Pursuing Discovery from Raymond Bitar (the "Motion"). (Dkt. 79.) We have been informed by plaintiff's counsel in *Segal v. Lederer et al.*, 2:12-cv-00601-APG-GWF (D. Nev. 2012) that the Motion incorrectly states that Mr. Bitar is a defendant in that action, but he is not. While we do not believe this fact to be material in regards to the Motion and do not believe any further action is warranted, we want to bring this matter to your attention to correct the record.

    Pursuant to Your Honor's Individual Practices, we are electronically filing this letter through the ECF system and will deliver a courtesy copy to the Court.

    Thank you for your consideration.

Sincerely,

/s/ Stan M. Doerrer
Stan M. Doerrer

1077 30TH STREET, NW • SUITE 150 • WASHINGTON, DC 20007 • TEL: 202.337.8000 • FAX: 202.337.8090 • TOLL-FREE: 877.337.1050

505 MONTGOMERY STREET • SUITE 300 • SAN FRANCISCO, CA 94111 • TEL: 415.398.8700 • FAX: 415.398.8704 • TOLL-FREE: 877.800.1450

WWW.FinkelsteinThompson.com